**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| USIEL REYNA MESA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-775-J |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

Respondents seek additional time to object to the pending Report and Recommendation. [Doc. No. 17]. If Petitioner wishes to object, he must do so no later than Monday, June 29, 2026 at 12:00 p.m. noon.

IT IS SO ORDERED this 26th day of June, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE